UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

AZEEM SMITHSON,

        Plaintiff,

v.                                                                    ACTION NO. 4:22cv23

MERIDIAN FINANCIAL SERVICES, INC.,

        Defendant.

### DISMISSAL ORDER

On February 16, 2023, the Court granted a Motion to Dismiss filed by Meridian Financial Services, Inc. ("Defendant") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Order at 1–10, ECF No. 10. The Court determined that *pro se* Plaintiff Azeem Smithson's ("Plaintiff") Complaint "fail[ed] to satisfy the pleading requirements of the Federal Rules of Civil Procedure" and "fail[ed] to state plausible claims for relief against Defendant" under the various statutes identified in Plaintiff's Complaint. *Id.* at 8–9.

In deference to Plaintiff's *pro se* status, the Court dismissed Plaintiff's Complaint without prejudice and granted Plaintiff an opportunity to file an Amended Complaint. *Id.* at 9–10. The Court specifically stated:

> If Plaintiff chooses to do so, the Amended Complaint must be filed within twenty-one days of the date of entry of this Order. The Amended Complaint must: (i) be clearly labeled as Plaintiff's Amended Complaint; (ii) comply with the federal pleading standards set forth in Federal Rule 8; (iii) clearly state, with specificity, each claim that Plaintiff intends to assert against Defendant; and (iv) clearly set forth all factual allegations upon which Plaintiff's claims are based. **Plaintiff is**

**ADVISED that this action will be dismissed with prejudice if he fails to file an Amended Complaint that strictly complies with the terms of this Order.**

*Id.* (emphasis added).

More than twenty-one days have passed, and Plaintiff has not filed an Amended Complaint. Accordingly, for the reasons set forth herein, and for the reasons more fully explained in the Court's February 16, 2023 Order, this action is **DISMISSED with prejudice**.

Plaintiff may appeal this Dismissal Order by forwarding a written notice of appeal to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607. The written notice must be received by the Clerk within thirty days of the date of entry of this Dismissal Order. If Plaintiff wishes to proceed *in forma pauperis* on appeal, the application to proceed *in forma pauperis* shall be submitted to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607.

The Clerk is **DIRECTED** to please send a copy of this Dismissal Order to Plaintiff Azeem Smithson and counsel for Defendant.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
April 6, 2023