## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**AZEEM SMITHSON,**

**Plaintiff(s),**

**v.**                                          **Case No. 4:22cv23**

**MERIDIAN FINANCIAL SERVICES, INC.,**

**Defendant(s).**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court.
The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that  this action is **DISMISSED with prejudice**.

DATED: April 6, 2023                    FERNANDO GALINDO, Clerk


By_____/s/_____
E. Price, Deputy Clerk